## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| ABBVIE INC. (a Delaware corporation); ALLERGAN, INC. (a Delaware corporation); DURATA THERAPEUTICS, INC. (a Delaware corporation); ABBVIE PRODUCTS LLC (a Georgia limited liability company); PHARMACYCLICS LLC (a Delaware limited liability company); ALLERGAN SALES, LLC (a Delaware limited liability company), | ) ) ) ) ) ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| DREW H. WRIGLEY, in his official capacity as ATTORNEY GENERAL OF THE STATE OF NORTH DAKOTA, | ) ) ) ) | |
| and | ) ) | |
| TANYA L. SCHMIDT, in her official capacity as BOARD PRESIDENT OF THE NORTH DAKOTA BOARD OF PHARMACY; and CAROLYN BODELL, TYLER G. LANNOYE, SHANE R. WENDEL, KEVIN J. OBERLANDER, DIANE HALVORSON, and RON HORNER, in their official capacities as MEMBERS OF THE NORTH DAKOTA BOARD OF PHARMACY; and MARK J. HARDY, in his official capacity as EXECUTIVE DIRECTOR OF THE NORTH DAKOTA BOARD OF PHARMACY, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:25-cv-081 |
| Defendants. | ) ) | |

On September 3, 2025, Plaintiffs filed an unopposed Motion to Amend Complaint. (Doc. No. 22). Attached to the motion is an adjusted proposed schedule for summary judgment briefing agreed upon the Parties. (Doc. No. 22-2).

The court **GRANTS** Plaintiffs' Motion to Amend Complaint.   (Doc. No. 22).   Plaintiffs

shall file their Amended Complaint by September 8, 2025.  The court **ADOPTS** the Parties' adjusted

proposed briefing schedule.   Defendants' Answer to Plaintiffs' Amended Complaint is due by

September 12, 2025.   Plaintiffs's motion for summary judgment and memorandum in support are

due by October 15, 2025,  and shall not exceed 45 pages in length.   Defendants' combined cross-

motion for summary judgment and response to Plaintiffs' motion is due by November 17, 2025, and

shall not exceed 45 pages in length.   Plaintiffs' combined reply in support of their motion and

response to Defendants' cross-motion is due by December 17 , 2025, and shall not exceed 25 pages

in length.   Defendants' reply in support of their cross-motion is due by January 20, 2026, and shall

not exceed 25 pages in length.

**IT IS SO ORDERED.**

Dated this 4th day of September, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court