IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| AbbVie Inc. et al.,<br><br>                              Plaintiffs,<br><br>vs.<br><br>Drew Wrigley, in his official capacity as the Attorney General of North Dakota, et al.,<br><br>                              Defendants. | Case No. 1:25-cv-00081 |
| Astrazeneca Pharmaceuticals LP,<br><br>                              Plaintiff,<br><br>vs.<br><br>Drew Wrigley, in his official capacity as the Attorney General of North Dakota, et al.,<br><br>                              Defendants. | Case No. 1:25-cv-00182 |
| Pharmaceutical Research and Manufacturers of America,<br><br>                              Plaintiff,<br><br>vs.<br><br>Drew Wrigley, in his official capacity as the Attorney General of North Dakota, et al.,<br><br>                              Defendants. | Case No. 1:25-cv-00204 |

**ORDER TO CONSOLIDATE CASES**

[¶ 1]   THIS MATTER comes before the Court after the Court ordered the Parties to show cause why the above-captioned cases should not be consolidated. All Parties do not oppose the consolidation because the cases involve common questions of law and fact and will require the same legal determination regarding the interpretation of the same statutes.

[¶ 2]   Rule 42(a) of the Federal Rules of Civil Procedure, provides the Court discretion to consolidate cases when the actions "involve common questions of law or fact" and "to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a). "District courts enjoy substantial discretion in deciding whether and to what extent to consolidate cases." Hall v. Hall, 584 U.S. 59, 77 (2018). "The primary purpose of consolidation is to promote convenience and judicial economy." Millman v. United Tech., Corp., No. 1:16-cv-312, 2017 WL 1165081 at *3 (N.D. Ind. Mar. 28, 2017).

[¶ 3]   The Court has considered the record in these matters and concludes consolidation is appropriate. The three actions arise out of essentially the same facts and circumstances and will require the same legal determinations regarding the interpretation of the same statutory provisions. Separate filings have already produced needless duplication on the part of Defendants, and separate hearings and trials would create unnecessary burdens for both the Parties and witnesses. Consolidation will also conserve the resources of the Parties and the Court. Therefore, the Court **ORDERS** the following:

1. The following cases shall be **CONSOLIDATED**
    a. AbbVie Inc. v. Wrigley, Case No. 1:25-cv-00081
    b. Astrazeneca Pharmaceuticals LP v. Wrigley, Case No. 1:25-cv-00182
    c. Pharmaceutical Research and Manufacturers of America v. Wrigley, Case No. 1:25-cv-00204;
2. Case Number 1:25-cv-00081 is designated as the lead case;

- 3 -

3. All future filings shall **only be filed in the lead case** (Case No. 1:25-cv-00081); and

4. The Caption of all future filings shall include the lead Case Number 1:25-cv-00081.

[¶ 4]   **IT IS SO ORDERED.**

DATED January 28, 2026.

                                            Daniel M. Traynor, District Judge
                                            United States District Court