Rev. 5/2024

## U. S. COURT OF APPEALS - EIGHTH CIRCUIT
## NOA SUPPLEMENT

*Please note any additions or deletions to the style of the case from the style listed on the docket sheet.*

Case No.  1:25-cv-00081

AbbVie Inc. et al v. Wrigley et al

Length of trial:

Financial Status:    Fee Paid?    ☑ Yes    ☐ No
                     If **NO**, has IFP been granted?    ☐ Yes    ☐ No
                     Is there a pending motion for IFP?    ☐ Yes    ☑ No

Are there any other pending post-judgment motions?    ☐ Yes    ☑ No

Please identify the court reporter:    ☐ No hearings held

   Name:

   Address:

   Telephone Number:

Criminal cases only:
   Is the defendant incarcerated?    ☐ Yes (include address below)    No ☐

   Please list all other defendants in this case if there were multiple defendants.

**SPECIAL COMMENTS:**